

**NUMBER 13-13-00599-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

NITA WINKLER, APPELLANT,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, APPELLEE.

---

**On appeal from the County Court at Law No. 3
of Bell County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Nita Winkler, perfected an appeal from a judgment rendered against her

in favor of appellee, Federal Home Loan Mortgage Corporation.[1]   On February 11, 2014,

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on August 9, 2013, and that the district clerk, Shelley Coston, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
27th day of March, 2014.